UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Shelby,

    Petitioner,

        v.                               Case No. 1:17cv551

Warden, Noble
Correctional Institution,               Judge Michael R. Barrett

    Respondent.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 6, 2018 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 11) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Petition (Doc. 1) is **DISMISSED WITH PREJUDICE** because Petitioner has procedurally defaulted on his claims. This matter is **TERMINATED** from this Court's active docket.

1

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                             */s/ Michael R. Barrett*
                                             Michael R. Barrett
                                             United States District Judge